**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALES-CARDENAS, | CASE NO. CV 13-02295 JAK (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| WARDEN GUTIERREZ, | |
| Respondent. | |

This matter came before the Court on the Petition of FRANCISCO GONZALES-CARDENAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 26, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE